JOHN W. HUBER, United States Attorney (#7226)
ANDREW R. CHOATE, Assistant United States Attorney (#13615)
ALICIA H. COOK, Assistant United States Attorney (#8851)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801)524-5682
Email alicia.cook@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No:   2:16-MJ-00130 PMW |
| Plaintiff, | : | **MOTION TO UNSEAL** |
| vs. | : | |
| DAVID HAROLD BUNDY, | : | Magistrate Judge Paul Warner |
| Defendant. | : | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the above captioned case.

In support of this motion, the United States offers the following:

1.  The defendant was indicted and an arrest warrant issued in the United States District Court, District of Nevada 2:16-CR-00046 and remained sealed until such time as it was unsealed on March 4, 2016 (D.E. 79).

2. As such, the Government hereby motions the court to unseal the above captioned case.

Respectfully submitted, this 6th day of March, 2016.

JOHN W. HUBER
United States Attorney

ALICIA H. COOK
Assistant United States Attorney